IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB F. STASKA, and JODIE M. FALLON, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) 4:18CV3119<br>) |
| JAMES C. STECKER, Saunders County District Judge, in his personal and official capacity, STEVEN TWOHIG, Saunders County Attorney Office, in his personal and official capacity, ANDREW LANGE, Deputy Saunders County Attorney, in his personal and official capacity, DEMETRIA W. HERMAN, Deputy County Attorney, in her personal and official capacity, MARY C. GILBRIDE, Saunders County District Court Retired Judge, in her personal and official capacity, L. JAY MORROW, Saunders County Sheriff's Office Investigator, in his personal and official capacity, GERALD D. JOHNSON, Former City of Wahoo Mayor and Former Nebraska State Senator, District 23, and Power of Attorney for Special Financial Matters for Gabriel M. Gonzales, Patricia L. Starr, GABRIEL M. GONZALES, PATRICIA L. STARR, VILLAGE OF MEAD, GREG LARSON, Village of Mead Trustee, in his personal and official capacity, SAUNDERS COUNTY, CITY OF WAHOO, BROMM, FREEMAN-CADDY & LAUSTERER LAW FIRM, For Municipalties Saunders County, City of Wahoo and Village of Mead, MAUREEN FREEMAN-CADDY, in her personal and official capacity, SAUNDERS COUNTY RECORDER'S OFFICE, RHONDA ANDRESEN, Saunders County Deputy Recorder, in her personal and official capacity, MARK STEELE, in his personal and official capacity, DARREN L. HARTMAN, in his personal and official capacity, JOHN H. SOHL, in his personal and official capacity, SAUNDERS COUNTY CORRECTIONS, KEVIN STUKENHOLTZ, Saunders County Sheriff, in his personal and official capacity, UNKNOWN SAUNDERS COUNTY DEPUTY SHERIFFS, in their individual and official capacities, PATRICK R. MCDERMOTT, Saunders County Magistrate, in his personal and official capacity, KENNETH JACKSON, Wahoo Police Department Retired Chief of Police, in his personal and official capacity, CURRENT ACTING CHIEF OF POLICE, in his personal and official capacity, UNKNOWN WAHOO POLICE OFFICERS, in their personal and official capacity, LOREN LINDAHL, Wahoo Mayor, in his personal and Official capacity, PATTY MCEVOY, County District Court Clerk, in her personal and official capacity, DEBBIE L. SLADKY, Saunders County District Deputy Court, in her personal and official capacity, ANNE TWEEDY, Nebraska Land Title & Abstract, in her personal and official capacity, LINDA LITTLE, in her personal and official capacity, and UNKNOWN DEFENDANTS, DOES 1-50, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Plaintiff Jacob F. Staska, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is

financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](). The court will conduct this initial review in its normal course of business.

DATED this 29th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge