IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB F. STASKA, and JODIE M. FALLON, | **4:18CV3119** |
| Plaintiffs, | |
| vs. | **SHOW CAUSE ORDER** |
| MARY C. GILBRIDE, Saunders County District Court Retired Judge, in her personal and official capacity; PATRICIA L. STARR, VILLAGE OF MEAD, GREG LARSON, Village of Mead Trustee, in his personal and official capacity; CITY OF WAHOO, BROMM, FREEMAN-CADDY & LAUSTERER LAW FIRM, For Municipalties Saunders County, City of Wahoo and Village of Mead; MAUREEN FREEMAN-CADDY, in her personal and official capacity; UNKNOWN SAUNDERS COUNTY DEPUTY SHERIFFS, in their individual and official capacities; PATRICK R. MCDERMOTT, Saunders County Magistrate, in his personal and official capacity; KENNETH JACKSON, Wahoo Police Department Retired Chief of Police, in his personal and official capacity; CURRENT ACTING CHIEF OF POLICE, in his personal and official capacity; UNKNOWN WAHOO POLICE OFFICERS, in their personal and official capacity; LOREN LINDAHL, Wahoo Mayor, in his personal and Official capacity; and UNKNOWN DEFENDANTS, DOES 1-50, | |
| Defendants. | |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiffs have not filed a return of service indicating service on the following Defendants and these Defendants have not voluntarily appeared:

1) Mary C. Gilbride, *Saunders County District Court Retired Judge, in her personal and official capacity;*
2) Patricia L. Starr;
3) Village of Mead;
4) Greg Larson, *Village of Mead Trustee, in his personal and official capacity;*
5) City of Wahoo;
6) Bromm, Freeman-Caddy & Lausterer Law Firm, *For Municipalities Saunders County, City of Wahoo, and Village of Mead;*
7) Maureen Freeman-Caddy, *in her personal and official capacity;*
8) Unknown Saunders County Deputy Sheriffs, *in their individual and official capacities;*
9) Patrick R. McDermott, Saunders County Magistrate*, in his personal and official capacity*
10) Kenneth Jackson, Wahoo Police Department Retired Chief of Police, *in his personal and official capacity*
11) Current Acting Chief of Police *in his personal and official capacity*
12) Unknown Wahoo Police Officers *in their personal and official capacity*
13) Loren Lindahl *Wahoo Mayor, in his personal and Official capacity*
14) Unknown Defendants, Does 1-50

Accordingly,

IT IS ORDERED that plaintiff shall have until September 13, 2019 to show cause why the claims against the above-named Defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 23rd day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge