IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB F. STASKA, and JODIE M. FALLON,<br><br>              Plaintiffs,<br><br>    vs.<br><br>MARY C. GILBRIDE, Saunders County District Court Retired Judge, in her personal and official capacity; PATRICIA L. STARR,  VILLAGE OF MEAD, GREG LARSON, Village of Mead Trustee, in his personal and official capacity;  CITY OF WAHOO,  BROMM, FREEMAN-CADDY & LAUSTERER LAW FIRM, For Municipalties Saunders County, City of Wahoo and Village of Mead; MAUREEN FREEMAN-CADDY, in her personal and official capacity;  UNKNOWN SAUNDERS COUNTY DEPUTY SHERIFFS, in their individual and official capacities; PATRICK R. MCDERMOTT, Saunders County Magistrate, in his personal and official capacity; KENNETH JACKSON, Wahoo Police Department Retired Chief of Police, in his personal and official capacity; CURRENT ACTING CHIEF OF POLICE, in his personal and official capacity; UNKNOWN WAHOO POLICE OFFICERS, in their personal and official capacity; LOREN LINDAHL, Wahoo Mayor, in his personal and Official capacity; and  UNKNOWN DEFENDANTS, DOES 1-50,<br><br>              Defendants. | **4:18CV3119**<br><br>**FINDING AND RECOMMENDATION** |

Based on the court's record, the complaint, filed on August 28, 2018, has not been served on the following Defendants and the following Defendants have not voluntarily appeared:

1) Mary C. Gilbride, Saunders County District Court Retired Judge, in her personal and official capacity;
2) Patricia L. Starr;
3) Village of Mead;
4) Greg Larson, Village of Mead Trustee, in his personal and official capacity;
5) City of Wahoo;
6) Bromm, Freeman-Caddy & Lausterer Law Firm, For Municipalities Saunders County, City of Wahoo, and Village of Mead;
7) Maureen Freeman-Caddy, in her personal and official capacity;
8) Unknown Saunders County Deputy Sheriffs, in their individual and official capacities;
9) Patrick R. McDermott, Saunders County Magistrate, in his personal and official capacity;
10) Kenneth Jackson, Wahoo Police Department Retired Chief of Police, in his personal and official capacity;
11) Current Acting Chief of Police in his personal and official capacity;
12) Unknown Wahoo Police Officers in their personal and official capacity;
13) Loren Lindahl Wahoo Mayor, in his personal and Official capacity;
14) Unknown Defendants, Does 1-50.

The court entered an order requiring Plaintiffs to show cause why the claims against the above-named parties should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, and warned that absent a timely response, these claims may be dismissed without further notice. The deadline for responding to the show cause order was September 13, 2019. No response was filed.

Accordingly,

IT IS RECOMMENDED to the Honorable Joseph F. Bataillon, United States District Judge, pursuant to 28 U.S.C. § 636(b), that the complaint against the above-named defendants be dismissed for failure of service and want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 3rd day of October, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge