IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACOB F. STASKA, and JODIE M. FALLON,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY C. GILBRIDE, Saunders County District Court Retired Judge, in her personal and official capacity; PATRICIA L. STARR, VILLAGE OF MEAD, GREG LARSON, Village of Mead Trustee, in his personal and official capacity;  CITY OF WAHOO, BROMM, FREEMAN-CADDY & LAUSTERER LAW FIRM, For Municipalties Saunders County, City of Wahoo and Village of Mead; MAUREEN FREEMAN-CADDY, in her personal and official capacity;  UNKNOWN SAUNDERS COUNTY DEPUTY SHERIFFS, in their individual and official capacities; PATRICK R. MCDERMOTT, Saunders County Magistrate, in his personal and official capacity; KENNETH JACKSON, Wahoo Police Department Retired Chief of Police, in his personal and official capacity; CURRENT ACTING CHIEF OF POLICE, in his personal and official capacity; UNKNOWN WAHOO POLICE OFFICERS, in their personal and official capacity; LOREN LINDAHL, Wahoo Mayor, in his personal and Official capacity; and UNKNOWN DEFENDANTS, DOES 1-50,<br><br>Defendants. | 4:18CV3119<br><br>ORDER |

This matter is before the Court on the findings and recommendation of the magistrate judge, Filing No. 65.  The magistrate judge recommended that the complaint against above-named defendants be dismissed for failure of service and want of

prosecution. The parties have not filed any objections to the findings and recommendation.

The Court has carefully reviewed the record and finds that the magistrate judge's recommendation should be adopted in all respects.

THEREFORE, IT IS ORDERED that:

1. The findings and recommendation of the magistrate judge, Filing No. 65, is adopted in its entirety; and

2. The defendants' motion to dismiss, Filing No. 29, is granted.

Dated this 10th day of December, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge